MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0198 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING |
| v. | ) | |
| ORLANDO LEONOR, | ) | Date:  October 2, 2012 |
| Defendant. | ) | Time:  2:00 p.m. |

The captioned matter is currently set for trial beginning October 29, 2012.  The parties hereby stipulate that as to Mr. Leonor only, a resolution has been negotiated and request that this matter be added to the Court's regular criminal calendar for a change of plea on October 2, 2012.  The parties further request that, as to Mr. Leonor only, the trial dates be vacated.

SO STIPULATED.

//

STIP. & [PROP.] ORD. SETTING CHANGE OF PLEA
U.S. v. LEONOR; CR 12-0198 WHA

DATED: September 25, 2012

MELINDA HAAG
United States Attorney

/s/

_____
BENJAMIN TOLKOFF
Assistant United States Attorney

DATED: September 25, 2012

/s/

_____
SHAWN HALBERT
Attorney for ORLANDO LEONOR

    For the reasons stated the captioned matter shall be added to the Court's regular criminal calendar on October 2, 2012 for a change of plea as to Mr. Leonor Only.  The previously set trial dates shall be vacated as to Mr. Leonor only.

SO ORDERED.

DATED:   September 27, 2012.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

STIP. & [PROP.] ORD. SETTING CHANGE OF PLEA
U.S. v. LEONOR; CR 12-0198 WHA